AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEVADA

ROY EDDLEMAN, Trustee of THE ROY EDDLEMAN LIVING TRUST, and THE ROY EDDLEMAN LIVING TRUST,

V.

HARRY THOMAS, M.D. individually and the HARRY M. THOMAS, M.D. PROFESSIONAL CORPORATION; ALLAN STAHL, M.D., Individually and as ALLEN J. STAHL, M.D., P.C.; MATTHEW McMAHON, D.O., individually and as MATTHEW J. McMAHON, D.O., PROFESSIONAL CORPORATION and LINDLEY AVINA, M.D., DOES I-X, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-00207-LDG-RJJ

TO: (Name and address of Defendant)

HARRY THOMAS, M.D., individually and the
HARRY M. THOMAS, M.D. PROFESSIONAL CORPORATION
3004 ASTORIA DUNES CIRCLE
LAS VEGAS, NV 89107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary E. Schnitzer, Esq.
Nevada Bar No. 395
KRAVITZ, SCHNITZER, SLOANE, JOHNSON & EBERHARDY, CHTD.
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK



February 16, 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                    Date                          *Signature of Server*

                                                  _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.